UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEAH NICOLE HUNTER,<br><br>    Plaintiff,<br><br>    vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:23-cv-00721-EPG (SS)<br><br>STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT AND COSTS PURSUANT TO 28 U.S.C. § 1920<br><br>(ECF No. 16) |

TO THE HONORABLE ERICA P. GROSJEAN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED, by and between the parties through their undersigned counsel, subject to the approval of the Court, that Leah Nicole Hunter ("Hunter") be awarded attorney fees and expenses in the amount of one thousand two hundred seventy dollars ($1,270.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. § 1920.  This amount represents compensation for all legal services rendered on behalf of Hunter by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

After the Court issues an order for EAJA fees to Hunter, the government will consider the matter of Leah Nicole Hunter's assignment of EAJA fees to Lawrence D. Rohlfing. The retainer agreement containing the assignment is attached as exhibit 1. Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Hunter, but if the Department of the Treasury determines that Hunter does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Law Offices of Lawrence D. Rohlfing, Inc., CPC, pursuant to the assignment executed by Hunter.[1] Any payments made shall be delivered to Lawrence D. Rohlfing.

This stipulation constitutes a compromise settlement of Hunter's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Hunter and/or Lawrence D. Rohlfing including Law Offices of Lawrence D. Rohlfing, Inc., CPC may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Lawrence D. Rohlfing and/or the Law Offices of Lawrence D. Rohlfing, Inc., CPC to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

---

[1] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien under federal law against the recovery of EAJA fees that survives the Treasury Offset Program.

1  DATE: July 27, 2023                Respectfully submitted,

2                                     LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

3                                            /s/   *Lawrence D. Rohlfing*
                          BY: _____
4                                     Lawrence D. Rohlfing
                                      Attorney for plaintiff [SS Claimant-Whole Name]
5

6

7  DATED: July 27, 2023               PHILLIP A. TALBERT
                                      United States Attorney
                                      MATHEW W. PILE
8                                     Associate General Counsel
                                      Social Security Administration
9

10
                                             /s/ *Edmund Jack Darcher*
11                                    _____
                                      EDMUND JACK DARCHER
12                                    Special Assistant United States Attorney
                                      Attorneys for Defendant
13                                    KILOLO KIJAKAZI, Acting Commissioner of Social
                                      Security (Per e-mail authorization)

-3-

## **ORDER**

Based on the parties' stipulation (ECF No. 16), IT IS ORDERED that Plaintiff be awarded attorney fees and expenses in the amount of one thousand two hundred seventy dollars ($1,270.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. § 1920 according to the terms of the stipulation.

IT IS SO ORDERED.

Dated:  **August 1, 2023**              /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE